IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAI'TRON M. SWIFT,

Plaintiff,

vs.

CITY OF BELLEVUE, NEBRASKA, KURT STROEHER, EARL JOHNSON, BRYAN MERCER, EVAN SWANSON, and MATTHEW VETTER,

Defendants.

**8:26CV45**

**ORDER ON STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Stipulation for Partial Dismissal with Prejudice. Filing 31. The parties stipulate to the dismissal of Counts II and III of Plaintiff's First Amended Complaint, Filing 17, against Defendant Evan Swanson only, and to the dismissal of Counts VI and VIII of Plaintiff's First Amended Complaint, Filing 17, against all Defendants, that is, Defendants Kurt Stroeher, Earl Johnson, Bryan Mercer, Evan Swanson, Matthew Vetter, and the City of Bellevue, Nebraska. Filing 31 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation for Partial Dismissal with Prejudice, Filing 31, is accepted, and this matter is dismissed with prejudice as to the following claims and defendants:

1. Counts II and III of Plaintiff's First Amended Complaint, Filing 17, are dismissed against Defendant Evan Swanson only; and

2. Counts VI and VIII of Plaintiff's First Amended Complaint, Filing 17, are dismissed against all Defendants, that is, Defendants Kurt Stroeher, Earl Johnson, Bryan Mercer, Evan Swanson, Matthew Vetter, and the City of Bellevue, Nebraska.

The case shall proceed on Count I; Count II against Defendant Johnson; Count III against Defendant Johnson; Count IV; Count V; and IX.

Dated this 30th day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge